■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH INGRAM, Appellant. [682 NYS2d 878] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Ingram,* 232 AD2d 656), affirming a judgment of the Supreme Court, Kings County, rendered March 30, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Copertino and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIJYASU KANDEKORE, Appellant. [682 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered April 28, 1995, convicting him of assault in the second degree, resisting arrest, and driving while ability impaired, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Copertino, J. P., Joy, Krausman and Goldstein, JJ., concur.